UNITED STATE DISTRICT COURT

DISTRICT OF MINNESOTA

THE B.F. GOODRICH COMPANY and )
ROSEMOUNT AEROSPACE, INC., )
)
Plaintiffs, )
)
v. )
)
AUXITROL S.A. and ESTERLINE )
TECHNOLOGIES CORPORATION, )
)
Defendants. )

Case No. 00CV 43 MJD/JGL

**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION TO AMEND PROTECTIVE ORDER TO GRANT ITS IN-HOUSE COUNSEL ACCESS TO ATTORNEY'S EYES ONLY DOCUMENTS AND INFORMATION AND MOTION TO COMPEL PRODUCTION**

WHEREAS the deadline for Defendants Auxitrol S.A. and Esterline Technologies Corporation ("Defendants") to respond to Plaintiffs' B.F. Goodrich Company and Rosemount Aerospace Inc. ("Plaintiffs") Motion to Amend Protective Order to Grant its In-House Counsel Access to Attorney's Eyes Only Documents and Information and Motion to Compel Production (herein collectively referred to as "Motions") is December 7, 2000; and

WHEREAS Plaintiffs and Defendants have agreed to extend the deadline for Defendants to respond to Plaintiffs' Motions until December 11, 2000;

FILED DEC 12 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their respective counsel of record, that the deadline for Defendants to file responses to Plaintiffs' Motions shall be extended from December 7, 2000 to December 11, 2000.

Dated: December 7, 2000

MERCHANT & GOULD P.C.

By______________________
Daniel W. McDonald (MN #168580)
Samuel A. Hamer (MN # 294469)
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
Telephone: (612) 332-5300

Dated: December 7, 2000

DORSEY & WHITNEY LLP

By______________________
Christopher A. Young (MN # 288998)
220 South Sixth Street
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

Paul T. Meiklejohn (WSBA #17477)
Andrew Pratt (WSBA #28266)
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, Washington 98101-4010
Telephone: (206) 903-8800

**ORDER**

Pursuant to the foregoing stipulation, it is hereby ordered that the deadline for Defendants to respond to Plaintiffs' Motion to Amend Protective Order to Grant its In-House Counsel Access to Attorney's Eyes Only Documents and Information and Motion to Compel Production shall be extended from December 7, 2000 to December 11, 2000.

IT IS SO ORDERED

Dec. 11, 2000

Jonathan G. Lebedoff
U.S. District Court Magistrate Judge