# UNITED STATES DISTRICT COURT
## District of Minnesota

The B.F. Goodrich Company and Rosemount Acrospace, Inc.

Civil 00-43MJD/JGL

Plaintiff(s)

-vs-

Auxitrol S. A. and Esterline Technologies Corporation

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that defendant(s) Auxitrol S.A. and Esterline Technologies Corporation in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Auxitrol S.A. and Esterline Technologies Corporation

this 1 day of June, 2001.

FRANCIS E. DOSAL, CLERK

By E. Knoblauch

E. Knoblauch, Deputy Clerk

50

JUN 0 1 2001

FILED FRANCIS E. DOSAL, CLERK

JUDGEMENT ENT'D

DEPUTY CLERK

forms/entry of default.frm