UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The B.F. Goodrich Co., and Rosemount Aerospace, Inc.,

Plaintiffs,

Civil File No. 00-43 (MJD/JGL)

v.

**ORDER**

Auxitrol S.A. and Esterline Technologies Corp.,

Defendants.

---

This matter is before the Court on Defendants' letter of November 2, 2001, requesting a stay pending appeal of Magistrate Judge Lebedoff's Order of October 29, 2001, which ordered Defendants to "produce either responsive documents or an affidavit by November 2, 2001." This Court has reviewed the parties' submissions. Based on that review, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' request for a stay is **DENIED**.

Dated: Nov. 2, 2001

Michael J. Davis
United States District Court Judge

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________