UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

THE B.F. GOODRICH COMPANY and ROSEMOUNT AEROSPACE INC.,

Plaintiffs,

v.

AUXITROL S.A. and ESTERLINE TECHNOLOGIES CORPORATION,

Defendants.

Case No. 00-CV 43 MJD JGL

**STIPULATION AND ORDER AS TO DISPOSITION OF APPEAL**

On October 29, 2001, Magistrate Judge Jonathan Lebedoff granted plaintiffs' motion to compel. On November 2, 2001, defendants filed an appeal as to that ruling, including a request for a stay of the Magistrate Judge's Order. On November 2, 2001, the Court denied the request for a stay. Defendants subsequently responded to the Magistrate Judge's Order.

The Court has not as yet formally ruled on the appeal.

In order to foster judicial economy, yet preserve defendants' position on the appeal should the issue arise in the future, the parties have agreed as follows, subject to the Court's consent;

(1) Defendants shall withdraw their appeal without prejudice; and



FILED ______ 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

(2) If an issue relating to the subject matter of this appeal arises in the future, Esterline and Auxitrol shall not be precluded by "law of the case" or any related doctrine, from filing another appeal or otherwise pursuing the issue.

Dated this 27th day of November, 2001.

By: Christopher A. Young
DORSEY & WHITNEY LLP
Paul T. Meiklejohn, WSBA No. 17477
Andrew F. Pratt, WSBA No. 28266
Christopher Young, MN No. 0288998

*Attorneys for defendants Auxitrol S.A. and Esterline Technologies Corporation*

Jeffrey P. Cook
Daniel W. McDonald, Reg. No. 168,580
Jeffrey P. Cook Reg. No. 302,570
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
Telephone: (612) 332-5300

*Attorneys for plaintiffs The B.F. Goodrich Company and Rosemount Aerospace, Inc.*

ORDER

SO ORDERED this 30th day of Nov, 2001.

Michael J. Davis

THE HONORABLE MICHAEL J. DAVIS
UNITED STATES DISTRICT COURT JUDGE