UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-43 (MJD/JGL)

THE B F GOODRICH COMPANY, et al.,

Plaintiffs,

v. **PRETRIAL ORDER**

AUXITROL SA, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is six days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to May 1, 2002;

3. Party with the burden of proof shall disclose all expert witnesses by October 1, 2002, and reports by December 1, 2002; All rebuttal expert witnesses shall be disclosed by November 1, 2002, and reports by January 15, 2003;

4. The period during which the parties may seek non-expert discovery shall be completed by November 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to March 1, 2003;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to June 1, 2003; and

7. This case will be considered "ready for trial" as of July 1, 2003.

DATED: March 8, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

FILED MAR 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK