UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

THE B.F. GOODRICH COMPANY n/k/a GOODRICH CORPORATION and ROSEMOUNT AEROSPACE, INC.,

Plaintiffs,

v.

AUXITROL S.A. and ESTERLINE TECHNOLOGIES CORPORATION,

Defendants.

Case No. 0:00-CV 43 JEL / JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The parties to this action have resolved their differences through a settlement, the terms of which shall remain confidential. This action is hereby dismissed with prejudice, each party to bear its own attorney fees and costs.

FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

MERCHANT & GOULD

Dated: Sept. 9, 2002

By: Daniel W. McDonald

Daniel W. McDonald, Esq. No. 168580
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

Attorneys for Plaintiffs GOODRICH CORPORATION and ROSEMOUNT AEROSPACE, INC.

DORSEY & WHITNEY LLP

Dated: September 9, 2002

By: Christopher A. Young

Christopher A. Young, Esq. No. 0288998
DORSEY & WHITNEY
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2841
Facsimile: (612) 340-8856

Paul T. Meiklejohn, WSBA No. 17477
U.S. Bank Centre Building
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 903-8800
Facsimile: (206) 903-8820

Attorneys for Defendants AUXITROL S.A. and ESTERLINE TECHNOLOGIES CORPORATION

Dated: Sept 11, 2002

Joan E. Lancaster

Judge Joan Ericksen Lancaster
United States District Court